ACCEPTED
03-15-00467-CR
7190461
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 2:53:36 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00467-CR

IN THE

COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/1/2015 2:53:36 PM
JEFFREY D. KYLE
Clerk

FOR THE THIRD SUPREME JUDICIAL DISTRICT OF TEXAS

---

AMADOR FERNANDEZ,

Appellant.

VS.

THE STATE OF TEXAS,

Appellee.

---

From the 119th Judicial District Court
of Tom Green County, Texas
Honorable Ben Woodward, District Judge Presiding

---

**APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF**

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant files his first Motion for extension of time to file Appellant's Brief.

1.     The deadline for filing Appellant's Brief in this case is October 2, 2015.

2.    Appellant seeks an extension to November 25, 2015.

3.    Appellant's counsel is a sole practitioner. Due to multiple demands on counsel's time including 7 days spent in jury trial over the last six weeks, counsel will not be able to review the record and prepare the Brief within the allotted time.

Appellant, THEREFORE, ASKS that the time for filing Appellant's Brief be extended to November 25, 2015.

Respectfully submitted,

Law Office of Jimmy Stewart
101 S. Park
San Angelo, TX 76901
Tel: (325) 658-1532
Fax: (325) 655-9746

By: _____
Jimmy Stewart
State Bar No. 19211300

Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has this the 30th day of September, 2015, been served upon Jason Ferguson, Assistant District Attorney of record.

_____
Jimmy Stewart